# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BERNARD JEMISON,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | ) Case No. 2:09-CV-1185-VEH-HGD |
| | ) |
| **RICHARD ALLEN, et al.,** | ) |
| | ) |
| **Defendants** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 1, 2011, recommending that: (1) the defendants' motion for summary judgment be granted as to the plaintiff's claims against them in their official capacities for monetary relief; (2) the plaintiff's First Amendment retaliation claim against defendants Gordy and Taylor be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1); (3) defendant Nath's motion for summary judgment be denied as to the plaintiff's Eighth Amendment excessive force claim; (4) defendant Nath's motion for summary judgment on the basis of qualified immunity be denied as to the plaintiff's Eighth Amendment excessive force claim; (5) defendants Gordy, Wilson, Taylor, Levert, Lampley, Oden, and Eldridge's motion

for summary judgment be denied as to the plaintiff's Eighth Amendment failure to protect claims; (6) defendants Gordy, Wilson, Taylor, Levert, Lampley, Oden, and Eldridge's motion for summary judgment on the basis of qualified immunity be denied as to the plaintiff's Eighth Amendment failure to protect claims; and (7) the plaintiff's supervisory liability claims against defendant Allen be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

The parties were allowed fourteen (14) days in which to file written objections to the magistrate judge's report and recommendation. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** as follows:

1. There are no genuine issues of material fact as to the plaintiff's claims against the defendants in their official capacities for monetary relief. Therefore, the defendants' motion for summary judgment is due to be granted to the extent they are sued in their official capacities for monetary relief.

2. The plaintiff's First Amendment retaliation claim against defendants Gordy and Taylor is due to be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

3. There are genuine issues of material fact as to the plaintiff's Eighth Amendment excessive force claim against defendant Nath. Therefore, defendant Nath's motion for summary judgment is due to be denied.

4. There are genuine issues of material fact as to the plaintiff's Eighth Amendment failure to protect claims against defendants Gordy, Wilson, Taylor, Levert, Lampley, Oden, and Eldridge.  Therefore, Gordy, Wilson, Taylor, Levert, Lampley, Oden , and Eldridge's  motion for summary judgment is due to be denied.

5. Defendants Nath, Gordy, Wilson, Taylor, Levert, Lampley, Oden, and Eldridge's motion for summary judgment on the basis of qualified immunity is due to be denied.

6. The plaintiff's supervisory liability claims against defendant Allen are due to be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

An appropriate order will be entered.

**DONE** this the 29th day of June, 2011.

　　　　　　　　　　　　　　　　　／s／ V.E. Hopkins
　　　　　　　　　　　　　　　　　**VIRGINIA EMERSON HOPKINS**
　　　　　　　　　　　　　　　　　United States District Judge