# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BERNARD JEMISON,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | **Case No. 2:09-CV-1185-VEH-HGD** |
| | ) | |
| **RICHARD ALLEN, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, the Court **ORDERS** as follows:

1. The magistrate judge's report is **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**.

2. Because there are no genuine issues of material fact as to the plaintiff's claims against the defendants in their official capacities for monetary relief, the defendants' motion for summary judgment is **GRANTED** as to all claims against them in their official capacities for monetary relief.

    3.    The plaintiff's First Amendment retaliation claim against defendants Gordy and Taylor is **DISMISSED** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

    4.    Because there are genuine issues of material fact as to the plaintiff's Eighth Amendment excessive force claim against defendant Nath, Nath's motion for summary judgment is **DENIED**.

    5.    Because there are genuine issues of material fact as to the plaintiff's Eighth Amendment failure to protect claims against defendants Gordy, Wilson, Taylor, Levert, Lampley, Oden, and Eldridge, their motion for summary judgment is **DENIED**.

    6.    Defendants Nath, Gordy, Wilson, Taylor, Levert, Lampley, Oden, and Eldridge's motion for summary judgment on the basis of qualified immunity is **DENIED**.

    7.    The plaintiff's supervisory liability claims against defendant Allen are **DISMISSED** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

Defendants Nath, Gordy, Wilson, Taylor, Levert, Lampley, Oden, and Eldridge **SHALL** file an Answer to the plaintiff's complaint within twenty (20) days of the entry date of this order.

**DONE** and **ORDERED** this the 29th day of June, 2011.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge