FILED
2012 Mar-01 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BERNARD JEMISON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No. 2:09-CV-1185-VEH-HGD |
| ) | |
| **RICHARD ALLEN, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 19, 2012, recommending that the defendants' renewed motion for summary judgment be granted and this cause be dismissed with prejudice.[1] (Doc. 66). The plaintiff filed objections on February 1, 2012. (Doc. 68).

---

[1] The magistrate judge previously filed a report and recommendation on June 1, 2011, recommending that defendants' motion for summary judgment be denied as to plaintiff's Eighth Amendment excessive force claim against Defendant Nath and plaintiff's Eighth Amendment failure to protect claims against Defendants Gordy, Wilson Taylor, Levert, Lamply, Oden, and Eldridge. (Doc. 43). By order entered June 29, 2011, the district court adopted the magistrate judge's report and accepted the recommendation. (Doc. 45).

On August 18, 2011, defendants filed a renewed motion for summary judgment, accompanied by Captain Terry L. Raybon's affidavit and a video recording of plaintiff's June 10, 2009, cell extraction, the incident made the basis of this action. (Doc. 51).

In his objections, plaintiff reasserts his claims that Defendant Nath used excessive force against him during a cell extraction on June 10, 2009, and that he was injured as a result. (Doc. 68). However, the video recording submitted by defendants of the cell extraction, along with the undisputed medical evidence, clearly contradict plaintiff's allegations that he was subjected to excessive force or sustained more than *de minimis* injury as a result. *Id*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE** this the 1st day of March, 2012.

**VIRGINIA EMERSON HOPKINS**
United States District Judge